IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI, | CV 19–204–M–DLC |
| Plaintiff, | ORDER |
| v. | |
| MAC VINNEDGE d/b/a WILD TROUT ADVENTURES, | |
| Defendant. | |

Before the Court is Plaintiff Joseph R. Tomelleri's Motion for *Pro Hac Vice* Admission of Steven H. Mustoe. (Doc. 4.) Mr. Mustoe's application appears to be in order.

Accordingly, IT IS ORDERED that Tomellari's motion to admit Steven H. Mustoe *pro hac vice* (Doc. 4) is GRANTED on the condition that Mr. Mustoe shall do his own work. This means that Mr. Mustoe must (1) do his own writing, (2) sign his own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mustoe, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 26th day of March, 2020.

_____
Dana L. Christensen, District Judge
United States District Court