IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH R. TOMELLERI, | CV 19–204–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MAC VINNEDGE d/b/a WILD TROUT ADVENTURES, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 19.) The parties represent that the above-captioned matter has been settled and stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees. (*Id.*)

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice. Each party shall bear their own costs and attorneys' fees.

The Clerk of Court is directed to close the case file.

DATED this 3rd day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court